UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON, | No. 2:20-cv-0934 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| JARED, | |
| Respondent. | |

Petitioner has requested the appointment of counsel. ECF No. 9. There currently exists no absolute right to appointment of counsel in habeas proceedings. Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A(a)(2) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." In light of the pending recommendation that the petition be dismissed, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 9) is denied.

DATED: May 28, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE