UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>JARED,<br><br>    Respondent. | No.  2:20-cv-0934 KJM AC P<br><br><br>ORDER |

Petitioner has requested the appointment of counsel. ECF No. 11. There currently exists no absolute right to appointment of counsel in habeas proceedings. Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A(a)(2) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." In light of the pending recommendation that the petition be dismissed, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Petitioner has also filed a motion for reconsideration of the May 18, 2020 findings and recommendations in which he raises various objections to the findings and recommendations. The motion for reconsideration will be construed as objections to the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for appointment of counsel (ECF No. 11) is denied.

1

2. Petitioner's motion for reconsideration (ECF No. 12) is construed as objections to the May 18, 2020 findings and recommendations.

DATED: June 10, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE