UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>          Petitioner,<br><br>   v.<br><br>JARED,<br><br>          Respondent. | No. 2:20-cv-0934 KJM AC P<br><br><br>ORDER |

      Plaintiff has filed objections to the Magistrate Judge's order filed May 29, 2020. ECF No. 10. Federal Rule of Civil Procedure 72(a) permits a party to object to non-dispositive orders issued by magistrate judges and requires that the district judge "modify or set aside any part of the order that is clearly erroneous or is contrary to law." The May 29, 2020 order of the Magistrate Judge is not clearly erroneous or contrary to law and the objections will therefore be overruled.

      Therefore, IT IS HEREBY ORDERED that petitioner's objections to the Magistrate Judge's May 29, 2020 order denying appointment of counsel are overruled.

DATED: August 4, 2020.

                                            CHIEF UNITED STATES DISTRICT JUDGE