UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON, | No. 2:20-cv-0934 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| JARED, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 18, 2020, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 7.  Petitioner has filed objections to the findings and recommendations.  ECF No. 12.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 18, 2020 (ECF No. 7), are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied without prejudice to filing his claims in a new action based on 42 U.S.C. § 1983 or other appropriate type of action given the nature of his request for compassionate release.

DATED: August 4, 2020.

CHIEF UNITED STATES DISTRICT JUDGE