UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JARED, et al.,<br><br>Defendants. | No. 2:20-cv-00934-KJM-AC<br><br>ORDER |

Plaintiff Paul Samuel Johnson moves for reconsideration of the undersigned's previous decision denying petitioner's motion for reconsideration and objects to this court's prior order dismissing the case. Mot., ECF No. 29. Having considered plaintiff's request, the court finds no reason to reconsider its previous order adopting the magistrate judge's recommendation to dismiss plaintiff's habeas corpus petition. ECF No. 7.

The court does not reach the merits of the motion as directed to plaintiff's asserted section 1983 civil rights claims because plaintiff has simply included them again here without substantively addressing the legality of his conviction and confinement, as required and explained in the court's prior order, ECF No. 28. Accordingly, plaintiff's motion is DENIED with prejudice. Any further such motions will be DISREGARDED.

IT IS SO ORDERED.

DATED: September 30, 2020.

CHIEF UNITED STATES DISTRICT JUDGE